IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Raleigh M Porter, III<br>Debtor | : | No.  17-15557- ELF |

<u>CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1</u>

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all priority and secured creditors or their counsel.

Date:  August 29, 2017        /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor(s)