United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-15557-elf
Raleigh M Porter, III                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                 Page 1 of 1                  Date Rcvd: Apr 09, 2018
                              Form ID: pdf900            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
db             +Raleigh M Porter, III,    1146 E Sharpnack Street,    Philadelphia, PA 19150-3109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 10 2018 01:48:54      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2018 01:48:37      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2018 01:48:49      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Apr 10 2018 01:48:53      City of Philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
14044677        E-mail/Text: bankruptcy@phila.gov Apr 10 2018 01:48:54      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Raleigh M Porter, III dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Citibank, N.A., as Trustee, in trust for registered
               Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE3 Trust bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Citibank, N.A., as Trustee, in trust for
               registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE3 Trust
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                           :
                                                 :   Chapter 13
         RALEIGH M. PORTER,                      :
                                                 :   Bankruptcy No. 17-15557 (ELF)
                            Debtor.              :
-------------------------------------------------x
```

### STIPULATION IN LIEU OF OBJECTION TO
### THE CITY OF PHILADELPHIA'S PROOF OF CLAIM

Raleigh M. Porter (the "Debtor") and the City of Philadelphia (the "City"), to resolve the Debtor's informal objection to the City of Philadelphia's proof of claim, hereby agree to this Stipulation:

WHEREAS, the Debtor commenced the above-captioned bankruptcy case on August 15, 2017;

WHEREAS, February 9, 2018, the City filed a proof of claim, claim no. 4-1, in the amount of Five Thousand One Hundred and Two Dollars ($5,102.00) (the "Claim");

WHEREAS, the Claim includes a judgment in the amount of Five Thousand Eighty-Two Dollars ($5,082.00) entered in the Philadelphia Municipal Court for non-filed net profits tax (Case No. CE-08-11-73-0310) (the "Judgment");

WHEREAS, subsequent to the entry of the Judgment and the preparation of the Claim, the Debtor filed the missing return.

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtor and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1. The Parties wish to amicably resolve the Debtor's informal objection to the Claim;

1

2. The Parties agree the Judgment shall be reduced to Five Hundred Eighty-Two Dollars ($582.00);

4. Within ten (10) days of this Stipulation receiving approval by this Honorable Court, the City shall amend its Claim to reflect the adjustment noted in paragraph 2 (the "Amended Claim").

5. Debtor's Plan shall provide for payment in full of the City's Amended Claim, including post-petition interest.

6. The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Date: 3/21/2018

David M. Offen, Esq.
For the Debtor

Date: 3/28/2018

Megan N. Harper, Esquire
Deputy City Solicitor
Attorney for the City of Philadelphia

## ORDER

AND NOW, this 9th day of April, 2018, upon consideration of the Stipulation between Raleigh M. Porter and the City of Philadelphia, it is hereby **ORDERED** that the Stipulation is **approved**.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

2