United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Raleigh M Porter, III  
    Debtor

Case No. 17-15557-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Jennifer    Page 1 of 1    Date Rcvd: Aug 15, 2018  
                      Form ID: pdf900    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.

```
db             +Raleigh M Porter, III,    1146 E Sharpnack Street,    Philadelphia, PA 19150-3109
13975393       +Citibank, N.A.,,    for WaMu Series 2007-HE3 Trust,    c/o MATTEO SAMUEL WEINER,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13968470       +Milstead & Associates LLC,    1 E Stow Road,    Marlton, NJ 08053-3118
13968472        Penn Medicine,    UPHS Physicians Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
13968473       +Philadelphia Parking,    Red Light Camera Program,    2467 Grant Avenue,
                 Philadelphia, PA 19114-1004
13968475       +United States of America,    615 Chestnut Street,    Suite 1250,    Philadelphia, PA 19106-4490
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:03      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 02:02:44
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2018 02:03:00      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:03      City of Philadelphia,
                  Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
14044677        E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:03      City of Philadelphia,
                  Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
14001200        E-mail/Text: jennifer.chacon@spservicing.com Aug 16 2018 02:03:22
                  Citibank, N.A., as Trustee, et al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
13968469       +E-mail/Text: cio.bncmail@irs.gov Aug 16 2018 02:02:36      Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
13968471       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 16 2018 02:02:38      Peco Energy,
                  2301 Market Street,    Philadelphia, PA 19103-1380
13968474       +E-mail/Text: jennifer.chacon@spservicing.com Aug 16 2018 02:03:22
                  Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:

```
          DAVID M. OFFEN    on behalf of Debtor Raleigh M Porter, III dmo160west@gmail.com,
           davidoffenecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    Citibank, N.A., as Trustee, in trust for registered
           Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE3 Trust bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Citibank, N.A., as Trustee, in trust for
           registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE3 Trust
           bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RALEIGH M PORTER III                                  Chapter 13

           Debtor                    Bankruptcy No. 17-15557-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 15, 2018**          _____
                                    Eric L. Frank
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
RALEIGH M PORTER III

1146 E SHARPNACK STREET

PHILADELPHIA, PA 19150